Pearl G. Baker, appellant, v. Anna E. Hill, appellee. Gen. No. 26,390.
Action to recover the value of six pigs. Judgment for defendant.
Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle,
Judge, presiding. Heard in this court at the October term, 1920.
Reversed and judgment here. Opinion filed February 19, 1921.
L. H. Grange, for appellant. No appearance for appellee.
Mr. Justice McSurely delivered the opinion of the court.

---

John R. Bowes, appellee, v. Theodore Zoebl and Mary Zoebl, appellants. Gen. No. 26,743.
Temporary injunction granted without notice to defendants. Interlocutory appeal from the Circuit Court of Cook county; the Hon.
John P. McGoorty, Judge, presiding. Heard in this court at the
October term, 1920. Affirmed. Opinion filed March 1, 1921.
George A. Schneider, for appellants. Sonnenschein, Berkson, Lautmann & Levinson, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.

---

J. Flaxman, appellee, v. Eugene Mullaney, appellant. Gen. No. 26,566.
Confession of error prejudicial to appellant. Appeal from the
Municipal Court of Chicago; the Hon. Nels A. Larson, Judge, presiding. Heard in this court at the October term, 1920. Reversed without remanding. Opinion filed March 11, 1921.
J. S. Dudley, for appellant. W. A. Rooney, for appellee.
Per Curiam.

---

Lorenzo M. Keith, appellee, v. City of Chicago, appellant. Gen.
No. 26,888.
Confession of error as to amount of judgment and remittitur filed.
Appeal from the Superior Court of Cook county; the Hon. Joseph
Hopkins, Judge, presiding. Heard in this court at the October term,
1920. Affirmed for $2,250. Opinion filed March 18, 1921.
Samuel A. Ettelson, William H. Devenish and Robert H. Farrell,
for appellant. John G. Riordan, for appellee.
Per Curiam.